IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LVMH SWISS MANUFACTURES SA, <br><br> Plaintiff, <br><br> v. <br><br> AK WATCH CO. LTD STORE, et al., <br><br> Defendants. | Case No. 19-cv-04383 <br><br> **Judge Sharon Johnson Coleman** <br><br> **Magistrate Judge Sunil R. Harjani** |

**PLAINTIFF'S *EX PARTE* MOTION TO
EXTEND THE TEMPORARY RESTRAINING ORDER**

Plaintiff LVMH Swiss Manufactures SA ("TAG Heuer" or "Plaintiff") seeks to extend the Temporary Restraining Order granted and entered by the Court on July 9, 2019 [22], by a period of fourteen (14) days until August 6, 2019. Such application is based upon this Motion and the concurrently filed Memorandum of Law.

Dated this 18th day of July 2019.

Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Allyson M. Martin
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law

*Counsel for Plaintiff LVMH Swiss Manufactures SA*