**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LVMH SWISS MANUFACTURES SA,<br><br>Plaintiff,<br><br>v.<br><br>AK WATCH CO. LTD STORE, et al.,<br><br>Defendants. | Case No. 19-cv-04383<br><br>**Judge Sharon Johnson Coleman**<br><br>**Magistrate Judge Sunil R. Harjani** |

### SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on September 25, 2019 [42], in favor of Plaintiff LVMH Swiss Manufactures SA ("TAG Heuer" or "Plaintiff") and against the Defendants Identified in Schedule A in the amount of one hundred thousand dollars ($100,000) per Defaulting Defendant for offering for sale or selling products infringing directly and/or indirectly the patented TAG Heuer Design, and TAG Heuer acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendant:

| Defendant Name | Line No. |
|---|---|
| Chinese Watch Factory Store | 8 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendant are hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated this 18th day of October 2019.    Respectfully submitted,

                                            /s/ Allyson M. Martin
Amy C. Ziegler
Justin R. Gaudio
Allyson M. Martin
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law

*Counsel for Plaintiff LVMH Swiss Manufactures SA*